UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KYLE MICHAEL BREWER,

Movant,

v.                    6:00-cv-140

UNITED STATES OF AMERICA,

Respondent.

## ORDER

Movant Kyle Michael Brewer ("Brewer") moves this Court for a Certificate of Appealability ("COA"). The Court, however, has already assessed his claims and determined that they are not COA-worthy. *See* Doc. 66 at 1-2. Accordingly, Brewer's motion for a COA is ***DENIED***.

Brewer's "Motion to Supplement Request for Certificate of Appealability, to Specify Issues to Be Raised on Appeal," *see* Doc. 70, is ***GRANTED***.

Brewer's motion for a COA, *see* Doc. 68, is ***DENIED***.

This 15th day of March 2012.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA