UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| KYLE MICHAEL BREWER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 6:00-cv-140 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Kyle Brewer's Request for a Certificate of Appealability ("COA"). ECF No. 83. Brewer seeks to appeal this Court's denial of his fourth motion to set aside judgment. *See* ECF No. 78. Apparently he thinks that the first three times the Eleventh Circuit rejected his argument, *see* ECF No. 16; 51; 75, were an aberration and that the fourth time is the charm. But the Eleventh Circuit will be the judge of that. This Court's current task is to evaluate whether Brewer's motion presents any issue meriting a COA. The short answer is no. And because the Court already assessed these claims in the past and determined they lack any and all merit, *see* ECF No. 66, it need not rehash old tripe. Brewer's motion for a COA is **DENIED**.

The 18 day of June, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA